JACK R. REEVES
208 W Alderwood
Spokane, WA 99218
(509) 868-0049

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) |
| | ) NO. 09-00143-PCW7 |
| BARBARA S. SNOW | ) |
| | ) TRUSTEE'S NOTICE OF SALE OF REAL |
| | ) PROPERTY; (2) PAYMENT OF CLOSING COSTS |
| | ) AND UNDERLYING ENCUMBRANCES |
| Debtors. | ) AND (4) DISPOSITION OF RESIDUAL PROCEEDS |

**TO:   ALL PARTIES ON THE MASTER MAILING LIST**

**PLEASE TAKE NOTICE** that Jack R. Reeves, Trustee herein has entered into a Real Estate Purchase and Sale Agreement to sell the Marquart, LLC ("Buyer") the real property located at 14319 E. Sprague, Spokane Valley, Washington under the terms and conditions set forth in this notice.

The real property will be sold to the Buyer for $500,000.00 cash. The estimated fair market value of the property is $500,000.00. From the proceeds of said sale will be paid the cost of closing, real estate excise tax, title insurance premium, closing agent's fee, miscellaneous filing and FEDX fees and underlying liens as follows:  Delinquent taxes of $28,249.80,  Sewer Assessment of approximately $20,639.11, delinquent sewerage charges of approximately $17,000.00 and Banner Bank lien of approximately $344,547.81 plus accruing interest, late fees and any attorney fees.

Said sale shall be free and clear of liens pursuant to 11 USC 363(f)(1),(3) and (5). No Liens are believed to exist other then those to be paid through closing. Said sale is also contingent upon there being a positive outcome for the bankrupt estate after payment of capital gains tax and the premises must be in a "broom swept condition"

All proceeds following payment of ordinary closing costs, underlying encumbrances and closing agent's fees will be retained by the Trustee subject to further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if you object to any of sale as proposed, the payment of ordinary closing costs, underlying encumbrances, closing agent's fees and/or the payment of any residual proceeds of the Trustee, you must file a written objection stating the specific activity or payment you object to, with the Clerk of the U.S. Bankruptcy Court, PO Box 2164, Room 321, U.S.

TRUSTEE'S NOTICE OF INTENTION TO SELL
REAL PROPERTY....-1

JACK R. REEVES
ATTORNEY AT LAW
208 W. ALDERWOOD
SPOKANE, WASHINGTON 99218
TELEPHONE: (509) 868-0049
FAX: (509) 467-7683

Post Office Bldg., Spokane, WA 99210 and serve a copy of thereof upon the undersigned at 208 W Alderwood, Spokane, WA 99218 within 23 days of the date of mailing of this notice.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has set a telephonic hearing on this matter on December 29, 2009 at 10:00 a.m. Parties who have timely filed and served objections as set forth above must attend said hearing by dialing 509-353-3183 at the appointed time. Should no objections be filed and served or should an objecting party fail to appear at said hearing, the Court may enter an Order approving said sale without hearing and without further notice to you.

DATE OF MAILING: 11/24/09        /s/ Jack R. Reeves
                                                JACK R. REEVES, Trustee

TRUSTEE'S NOTICE OF INTENTION TO SELL
REAL PROPERTY....-1

JACK R. REEVES
ATTORNEY AT LAW
208 W. ALDERWOOD
SPOKANE, WASHINGTON 99218
TELEPHONE: (509) 868-0049
FAX: (509) 467-7683